UNITED STATES DISTRICT
COURT DISTRICT OF DELAWARE

| | |
|---|---|
| ALTON CANNON ) | CASE NO. 07-661 |
| Plaintiff ) | |
| ) | |
| V. ) | Jury Trial |
| ) | Requested |
| TARGET STORES ) | |
| Defendants ) | |

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 OCT 26 AM 4:02

☐ ORIGINAL

## Amendment Complaint

Comes Now, Plaintiff Alton Cannon is seeking to Amendment of his complaint due to a "discrepancy with his Complaint pursuant to Title VII of The Civil Rights Act of 1964) dated: (10-22-07). As Follows, "See No. (7) it needs to be changed to 17th, 10, 07. Pertaining to date Plaintiff Filed charge with the (EEOC) At the Dept. of Labor.

Signed: Alton Cannon          Dated: 10-26-07