IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Alton Cannon,                       )
                                    )
            Plaintiff,              )
                                    )
        v.                          )    Civil Action No. 07-661-GMS
                                    )
Target Stores,                      )
                                    )
            Defendants.             )


**ORDER**

At Wilmington this 1st day of November , 2007,

the Court having considered the application to proceed without

prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.


_____
United States District Judge


F I L E D

NOV - 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE